**IT IS ORDERED as set forth below:**

**Date: July 25, 2017**

**Barbara Ellis-Monro**
**U.S. Bankruptcy Court Judge**

---

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| **IN RE:** | : | **CASE NO 14-71633-BEM** |
| | : | |
| **MARILYN F BASTO** | : | |
| **RUBEN D BASTO** | : | **CHAPTER 13** |
| **Debtors** | : | |
| **SELECT PORTFOLIO SERVICING, INC. AS SERVICER FOR DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR MORGAN STANLEY ABS CAPITAL I INC. TRUST 2004-HE1, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2004-HE1,** | : | |
| **Movant,** | : | |
| | : | **CONTESTED MATTER** |
| **vs.** | : | |
| | : | |
| **MARILYN F BASTO** | : | |
| **RUBEN D BASTO** | : | |
| **MARY IDA TOWNSON, Trustee** | : | |
| **Respondents.** | : | |
| | : | |

**ORDER MODIFYING AUTOMATIC STAY**

Select Portfolio Servicing, Inc. as servicer for Deutsche Bank National Trust Company,

as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2004-HE1, Mortgage Pass-Through Certificates, Series 2004-HE1, for itself, its successors and assigns (the "Movant"), filed a Motion for Relief from Automatic Stay (the "Motion") March 14, 2017, which was set for hearing **June 27, 2017** (the "Hearing"). Movant seeks relief as to Debtors` real property located in DeKalb County, Georgia, now or formerly known as 5079 DONNELL WAY, DECATUR, GA 30035 (the "Property"), as more particularly described on Exhibit "B" attached to the Motion.

Movant asserts that the Motion was properly served and hearing properly noticed. Neither Debtors nor the Trustee oppose the relief sought; accordingly, it is hereby

**ORDERED** that the Motion is ***granted***: the automatic stay of 11 U.S.C. § 362 is **MODIFIED** to allow Movant to foreclose the Property, and take possession thereof in pursuit of its state law remedies; provided, however, any proceeds remaining after foreclosure of the Property which exceed the lawful claim of Movant shall be promptly remitted to the Chapter 13 Trustee. Trustee shall cease disbursements to Movant on its Proof of Claim. The 14 day stay provided in Bankruptcy Rule 4001(a)(3) shall not apply to this Order and Movant may proceed without further delay.

**[END OF DOCUMENT]**

Prepared and Submitted by:

/s/ Lisa F. Caplan
Lisa F. Caplan
GA State Bar No. 001304
Rubin Lublin, LLC
3145 Avalon Ridge Place, Suite 100
Peachtree Corners, GA 30071
(877) 813-0992
lcaplan@rubinlublin.com
Attorney for Creditor

No Opposition to by:

/s/Sonya M. Buckley
Sonya M. Buckley
GA State Bar No. 140987
Chapter 13 Trustee
191 Peachtree Street, NE
Suite 2200
Atlanta, GA 30303
(404) 525-1110
orders@atlch13tt.com
Standing Chapter 13 Trustee Mary Ida Townson

DISTRIBUTION LIST

Marilyn F Basto
5079 Donnell Way
Decatur, GA 30035

Ruben D Basto
5079 Donnell Way
Decatur, GA 30035

Brian S. Limbocker, Esq.
Limbocker Law Firm, LLC
Bldg. 800 - Suite 140
2230 Towne Lake Parkway
Woodstock, GA 30189

Mary Ida Townson, Trustee
Chapter 13 Trustee
191 Peachtree Street, NE
Suite 2200
Atlanta, GA 30303
Lisa F. Caplan, Esq.
Rubin Lublin, LLC
3145 Avalon Ridge Place, Suite 100
Peachtree Corners, GA 30071